UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HONEYBEE ROBOTICS LLC,

                     Plaintiff,

-v-

ENSIGN-BICKFORD AEROSPACE & DEFENSE COMPANY,

                     Defendant.

CIVIL ACTION NO.: 24 Civ. 2426 (JPO) (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 23 is GRANTED, and the telephone conference scheduled for June 26, 2024 is ADJOURNED to **Tuesday, July 9, 2024 at 5:00 pm** on the Court's conference line.

The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 23.

Dated:      New York, New York
              June 24, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**